PD-0522-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 6:44:35 PM
Accepted 5/6/2015 10:39:34 AM
ABEL ACOSTA
CLERK

**CRIMINAL APPEAL CASE NO.** _____
**4TH COURT OF APPEALS   NO. 04-13-00789-CR**

| | | |
|---|---|---|
| JOHN CHRISTOPHER DOMINGUEZ | * | IN THE COURT OF |
| | * | |
| VS. | * | CRIMINAL APPEALS |
| | * | |
| THE STATE OF TEXAS | * | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR WRIT OF DISCRETIONARY REVIEW

NOW COMES APPELLANT, JOHN CHRISTOPHER DOMINGUEZ, and submits to this Honorable Court his Motion for Extension of Time to File Petition for Writ of Discretionary Review and in support thereof would show:

1. Appellant was convicted by a jury of the felony offense of KIDNAPPING, alleged to have been committed September 9, 2010.

2. Appellant was sentenced on October 10, 2013, to serve a term of sixty years confinement in the Texas Department of Criminal Justice Institutional Division.

3. Notice of Appeal was given, and a Motion for New Trial was filed. The Motion for New Trial was denied, and the Appellant filed appeal.

4. Appellant's Brief was filed with the Honorable Fourth Court of Appeals on May 29, 2014, and the Appellee's Brief was then subsequently filed August 8, 2014.

FILED IN
COURT OF CRIMINAL APPEALS

May 6, 2015

ABEL ACOSTA, CLERK

5. The Honorable Fourth Court of Appeals issued an Opinion on March 25, 2015. That Opinion denied each of the Appellant's issues that had been presented in Appellant's Brief as error. The Panel Opinion was 2-1, with a well-crafted dissenting opinion.

6. The Petition for Writ of Discretionary Review was therefore due thirty (30) days later, on April 24, 2015. Now, within fifteen (15) days of that date, Appellant moves for an extension of time to file his Petition for Writ of Discretionary Review.

7. There have been no prior Motions for Extension of time to file the Petition for Writ of Discretionary Review.

8. Appellant requests a thirty day extension of the April 24, 2015, deadline. A thirty day extension would extend the deadline to Sunday May 24, 2015. Since that date is a weekend date, and the Honorable Clerk's office is closed, the new due date requested is the first immediately following business day, May 26, 2015.

9. During the time between the Fourth Court's Opinion and the due date for the Petition for Writ of Discretionary Review, undersigned counsel tried a Habitual Felony four count indictment to jury trial, only three months after appointment. He also filed a different Appellant's Brief with the Honorable Fourth Court of Appeals, attended dozens of court settings, completed a non-jury criminal trial, and prepared two other cases for certain trials that did not happen.

10. This Motion is not brought for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted and that the time period for filing the Petition for Writ of Discretionary Review be extended until May 26, 2015.

Respectfully Submitted,

/s/

_____
PATRICK B. MONTGOMERY
SBN 14295350
111 Soledad, Suite 300
San Antonio, TX 78205
(210) 225-8940
(978) 285-4664 Telecopier
ATTORNEY FOR APPELLANT
PatMontgomery@Gmail.com

**CERTIFICATE OF SERVICE**

I, PATRICK MONTGOMERY, do hereby certify that I have filed the aforegoing Appellant's Motion for Extension of Time to File Petition for Discretionary Review with the state efiling system, and requested service upon counsel for Respondent Bexar County District Attorney's Office.

/s/

_____
PATRICK B. MONTGOMERY

**CRIMINAL APPEAL CASE NO. _____**
**4TH COURT OF APPEALS   NO. 04-13-00789-CR**


JOHN CHRISTOPHER DOMINGUEZ     *          IN THE COURT OF
                                *
VS.                             *          CRIMINAL APPEALS
                                *
THE STATE OF TEXAS              *          AUSTIN, TEXAS


On this the _____ day of _____, 20__, came to be heard Appellant's Motion for Extension of Time to File Petition for Writ of Discretionary Review, and it appears to the Court that this Motion should be:


GRANTED   /   DENIED


IT IS THEREFORE ORDERED that the deadline for filing the Petition for Writ of Discretionary Review is the _____ day of _____,20____.


                                    _____
                                    JUDGE PRESIDING


4